# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | SA CV 17-00708-JLS (DFM) | Date: | April 3, 2019 |
|---|---|---|---|
| Title | Rohan Vijay Murgai v. Department of Homeland Security et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order to Show Cause re: Dismissal for Lack of Prosecution

On January 29, 2019, the Court ordered Plaintiff to serve promptly all named defendants in this case with a summons and complaint. See Dkt. 13 at 2. The Court also ordered Plaintiff to file with the Court a copy of the proof of service showing compliance within 60 days of the date of the order, or a brief explaining why he had not yet served the complaint. See id. The Court warned Plaintiff that non-compliance might result in an order to show cause regarding dismissal for failure to prosecute.

Plaintiff did not file any proof of service or brief by the deadline. **Accordingly, within twenty-one (21) days of the date of this order, Plaintiff is ORDERED to show good cause in writing why the Court should not dismiss this action for failure to prosecute. Plaintiff is expressly warned that if he fails to file a timely response to this Order, the Court may recommend dismissal of this action for lack of prosecution.**