# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ROHAN VIJAY MURGAI,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>Defendants. | Case No. SA CV 17-00708-JLS (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

Date: June 26, 2019

_____
JOSEPHINE L. STATON
United States District Judge